**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

# 1314263
2/3/66
93884-098

UNITED STATES OF AMERICA )
v. )
GONZALEZ-Gonzalez, Fernando )

RECEIVED 07 AUG 23 AM 9:21
FILED 2007 JUL 16 PM 4:14

Magistrate's Case No.

'07 MJ 1667

WARRANT ISSUED ON THE BASIS OF:
☐ Failure to Appear   ☐ Order of Court
☐ Indictment          ☐ Information
x Complaint

**WARRANT FOR ARREST**

To:
Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED
GONZALEZ-Gonzalez, Fernando
In custody of U.S. Bureau of Prisons

| DISTRICT OF ARREST: | CITY OF ARREST: |
|---|---|

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

### DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

DATE: 7/12/07
ARRESTED BY: USMS, Concord, NH

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY: _Masia_

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
|  | Title 8 | 1326 |

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY _[signature]_ | | DATE ORDERED 7-16-07 |
| CLERK OF COURT/U.S. MAGISTRATE  BY | | DATE ISSUED |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CLASS II 'J   ICE   0301