FILED

JAN 0 2 2008

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )    Criminal Case No. 08CR0010-DMS
                               )
                Plaintiff,     )    I N F O R M A T I O N
                               )
        v.                     )    Title 8, U.S.C., Sec. 1325 -
                               )    Illegal Entry (Misdemeanor);
FERNANDO GONZALEZ-GONZALEZ,    )    Title 8, U.S.C., Sec. 1325 -
                               )    Illegal Entry (Felony)
                Defendant.     )
_____)

The United States Attorney charges:

Count 1

On or about _____3/07_____, within the Southern

District of California, defendant FERNANDO GONZALEZ-GONZALEZ, being

an alien, unlawfully entered or attempted to enter the United

States at a time and place other than as designated by immigration

officers, and eluded examination and inspection by immigration

officers, and attempted to enter or obtained entry to the United

States by a willfully false or misleading representation or the

willful concealment of a material fact; in violation of Title 8,

United States Code, Section 1325, a misdemeanor.

//

//

//

JJO:jam:San Diego
12/10/2007

<u>Count 2</u>

On or about May 17, 2007, within the Southern District of California, defendant FERNANDO GONZALEZ-GONZALEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED:  __1/2/08__.

KAREN P. HEWITT
United States Attorney

for JOSEPH J.M. ORABONA
Assistant U.S. Attorney