

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0010-DMS |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | **(Superseding)** |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) - |
| FERNANDO GONZALEZ-GONZALEZ, | ) | Deported Alien Found in the |
| | ) | United States (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about May 17, 2007, within the Southern District of California, defendant FERNANDO GONZALEZ-GONZALEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: January 24, 2008.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:San Diego
1/18/08